JS-6
cc: Fiscal

1  KHAI LEQUANG (STATE BAR NO. 202922)
   klequang@orrick.com
2  AARON M. RUBIN (STATE BAR NO. 320880)
   amrubin@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2050 Main Street
4  Suite 1100
   Irvine, CA 92614-8255
5  Telephone:  +1 949 852 7732

6  Attorneys for Defendant, Cross-Defendant, and
   Cross-Claimant PF Participation Funding Trust

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DARYL P. ALEXANDER, M.D., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GEORGE ALEXANDER, AND PF PARTICIPATION FUNDING TRUST, A DELAWARE STATUTORY TRUST,<br><br>Defendants,<br><br>―――――――――――――<br><br>DARYL P. ALEXANDER, M.D., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GEORGE ALEXANDER,<br><br>Cross-Claimants,<br><br>v.<br><br>PF PARTICIPATION FUNDING TRUST,<br><br>Cross-Defendant, | Case No. 2:23-cv-00916-PA-MAR<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT, DISCHARGE INTERPLEADER FUNDS, AND DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Hon. Percy Anderson<br><br>Final Pretrial Conference: May 20, 2024<br><br>Trial: June 24, 2024 |

|   |   |
|---|---|
| 1 | PF PARTICIPATION FUNDING TRUST, |
| 2 | |
| 3 | Cross-Claimant, |
| 4 | v. |
| 5 | |
| 6 | DARYL P. ALEXANDER, M.D., INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF GEORGE ALEXANDER, |
| 7 | |
| 8 | Cross-Defendant. |

THIS matter is before the Court on the Joint Stipulation for Entry of Judgment ("Stipulation") entered between Defendant-in-Interpleader, Cross-Claimant, and Cross-Defendant DARYL P. ALEXANDER, M.D., Individually and as Executor of the Estate of George Alexander ("Dr. Alexander"), and Defendant-in-Interpleader, Cross-Defendant, and Cross-Claimant PF PARTICIPATION FUNDING TRUST ("PF Funding," and with Dr. Alexander, the "Parties").

Having reviewed the Parties' Stipulation, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This dispute concerns a Universal Life Policy issued by American General Life Insurance Company ("American General") insuring the life of George Alexander (the "Insured") and bearing the policy number UM0062172L (the "Policy"), with a death benefit of $3,500,000 ("Death Benefit").

2. On June 21, 2023, the Court entered an Order Granting American General's Unopposed Motion for Deposit, Discharge, and Dismissal with Prejudice. ECF 47.

3. Pursuant to the Court's Order, American General deposited the Death Benefit, plus any accrued interest, minus $24,656.00 in attorneys' fees (the "Interpleader Funds"), with the Clerk of the Court.

4. The Clerk of the Court has since deposited the Interpleader Funds within the Court's registry until such time as the Court makes its further order directing disbursement of the Interpleader Funds.

5. On November 22, 2023, the Parties filed the Stipulation, requesting an order for entry of judgment in accordance with the terms of the Stipulation.

6. Pursuant to the Stipulation, PF Funding is entitled to all of the Interpleader Funds.

7. In light of the foregoing, it is hereby **ORDERED** that the Clerk of the Court shall, as soon as practicable, **DISCHARGE THE ENTIRETY OF THE INTERPLEADER FUNDS, PLUS ACCRUED INTEREST**, from the Court's registry to PF Funding; and it is further

8. **ORDERED** that the Interpleader Funds shall be released to:

PF Participation Funding Trust c/o Aaron M. Rubin

Orrick Herrington & Sutcliffe LLP

2050 Main Street, Suite 1100

Irvine, CA 92614-8255

and it is further;

9. **ORDERED** that the First Amended Cross-Claim filed by Dr. Alexander against PF Funding (ECF 50) be **DISMISSED WITH PREJUDICE**; and it is further

10. **ORDERED** that the Cross-Claim filed by PF Funding against Dr. Alexander (ECF 24) be **DISMISSED WITH PREJUDICE**; and it is further

11. **ORDERED** that this case be **CLOSED** following release of the Interpleader Funds to PF Funding.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED** pursuant to this Order and all the terms and conditions recited above.

Dated: December 4, 2023

_____
Percy Anderson
United States District Judge